**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-8041**

DEVINCHE ALBRITTON,

       Plaintiff - Appellant,

    v.

EDWARD WRIGHT, Warden of Lawrenceville Correctional Center;
MR. MORGAN, Former Unit Manager of 30 building; MS. BACON,
Former counselor of 30 building; ALICE CRUTCHFIELD WILMOUTH;
SGT. GRAHAM, Former Sergeant of 30 building; MS. RAMSEY,
Grievance Coordinator; MS. BOONE, Institutional Ombudsman;
R. WOODSON, Regional Director Office,

       Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Arenda L. Wright Allen,
District Judge. (2:12-cv-00233-AWA-LRL)

Submitted: July 21, 2016         Decided: July 25, 2016

Before SHEDD, AGEE, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

DeVinche Albritton, Appellant Pro Se. Michael Gordon Matheson,
THOMPSON MCMULLAN PC, Richmond, Virginia; Jessica Leigh
Berdichevsky, OFFICE OF THE ATTORNEY GENERAL, Richmond,
Virginia; Kate Elizabeth Dwyre, U.S. PAROLE COMMISSION,
Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

DeVinche Albritton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Albritton v. Wright, No. 2:12-cv-00233-AWA-LRL (E.D. Va. filed Dec. 4, 2015; entered Dec. 7, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3